AMOUNT TO A VIOLATION OF ARTICLE 10, UNIFORM CODE OF MILITARY JUSTICE.

No. 15–0295/AR. U.S. v. Kevin D. Washington. CCA 20140826. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. On consideration of Appellant's third motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to March 27, 2015, and in the absence of extraordinary circumstances, no further extension of time will be granted in this case.

No. 15–0260/AF. U.S. v. Andrew P. Witt. CCA 36785. Appellant's motion to extend time to file a brief granted to March 25, 2015.

No. 15–0357/MC. U.S. v. Levon Tyler. CCA 201200327. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, up to and including March 17, 2015.

No. 15–0383/MC. U.S. v. Edmund R. Gallegos. CCA 201300391. Appellant's motion to extend time to file the supplement to the petition forfor for grant of review granted to March 12, 2015.

No. 15–0384/CG. U.S. v. Christopher S. Cooley. CCA 1389. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 16, 2015.

Wednesday, February 25, 2015